UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. CLEMONS,<br><br>        Plaintiff,<br><br>  v.<br><br>WARDEN,<br><br>        Defendant. | Case No.: 1:22-cv-00127-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 7) |

      Plaintiff Michael D. Clemons is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

      On February 2, 2022, the Court ordered Plaintiff to pay the $402.00 filing fee or submit a complete application to proceed in forma pauperis within forty-five days.  (ECF No. 7.)  Plaintiff has not responded to the Court's order and the time to do so has expired.  Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute and failure to comply with a court order.  Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:   **March 28, 2022**                                     _____
                                                                         UNITED STATES MAGISTRATE JUDGE